Gretchen M. MUNOZ, Respondent,

v.

Jason BRICKHOUSE, Appellant.

Gretchen M. MUNOZ, Appellant,

v.

Jason BRICKHOUSE, Respondent.

Nos. WD 51156, WD 51198.

Missouri Court of Appeals, Western District.

Aug. 20, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 1, 1996.

Jerry J. Rellihan, Raytown, for Respondent Munoz.

Robert E. Gould, Kansas City, for Appellant Brickhouse.

Before ELLIS, P.J., and LOWENSTEIN and LAURA DENVIR STITH, JJ.

### *ORDER*

PER CURIAM.

Munoz appeals the denial of a motion for discovery costs and the denial of a motion for JNOV. Brickhouse appeals the verdict against him in Munoz's personal injury suit. Judgments affirmed. Rule 84.16(b).